**IT IS ORDERED as set forth below:**



**Date: March 12, 2015**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 14-71558 - WLH |
| Shirley A. Williamson, | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR
MORTGAGE LOAN MODIFICATION**

On February 6, 2015, Debtor filed a Motion for Loan Modification (Doc. No. 30) ("Motion"). Debtor is repaying a loan on Debtor's investment real property located at 670 Burtons Cove Hampton, GA 30228 (the "Property"). The loan on the Property is held and/or serviced by Rushmore Loan Management Services ("Creditor"). The modified loan amount is $173,363.56 and is being repaid at a fixed rate of 3.87%.

The monthly payment, which will vary depending on the given year's insurance and taxes, will be approximately $1,095.37 (it was approximately $1,038.00, when the voluntary petition was filed). The arrears on the current loan will be eliminated and included in the modified loan amount.  Upon Notice, the Motion was set for hearing on March 4, 2015.  As no party appeared in opposition to the Motion, it is hereby

**ORDERED** that Debtor's Motion is GRANTED:   Debtor is authorized to modify the loan for the real property in accordance with the terms and conditions set forth above.

**IT IS FURTHER ORDERED** that Debtor's attorney shall object to the Proof of Claim filed by Rushmore Loan Management Services unless the Creditor amends or withdraws its Proof of Claim promptly.

**[END OF DOCUMENT]**

Prepared By:

___/s/_____
Alaina Joseph
GA Bar No. 940583
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com
Attorney for Debtor

No Opposition:


___/s/_____ *with express permission*
Ryan Williams
GA Bar No. 940874
Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Ave
Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303
Staff Attorney

# **DISTRIBUTION LIST**

**Debtor's Attorney:**
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

**Debtor:**
Shirley A. Williamson
3973 Hillary Glen,
Ellenwood, GA 30294

**Chapter 13 Trustee:**
Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Ave
Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303

**Mortgage Company:**
Rushmore Loan Management
PO Box 52708
Irvine, CA 92619